UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00389-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **JUDGMENT** |
| | ) | |
| **APPROXIMATELY $47,910 IN FUNDS**, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion for Consent Judgment. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**JUDGMENT**

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the government's Motion for Consent Judgment (#12) is **GRANTED**, and the Consent Judgment (#12-1) is incorporated herein by reference as if fully set forth.

Signed: October 23, 2018

*[Signature]*
Max O. Cogburn Jr
United States District Judge

-1-