UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00389-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **DEFAULT JUDGMENT** |
| | ) | |
| **APPROXIMATELY $47,910 IN FUNDS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** having come before the Court upon the government's Motion for Entry of Default Judgment (#16). Review of the pleadings reveals the Clerk of Court has previously entered Default, that Notice of the proceeding has been provided in accordance with law, that no claims (except one which was previously adjudicated) against Defendant have been made within the time allowed, that the requested Default Judgment is for a sum certain, and that the United States of America is now entitled to all right, title, and interest in the Defendant funds, the Court enters the following Default Judgment.

**DEFAULT JUDGMENT**

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the government's Motion for Entry of Default Judgment (#16) is **GRANTED** and **DEFAULT JUDGMENT** is **ENTERED** in favor of the United States of America and against the defendant, which is now **APPROXIMATELY $37,910 IN FUNDS,** providing that all right, title, and interest

1

of all persons in the world in or to the now **APPROXIMATELY $37,910 IN FUNDS** seized is hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

Signed: January 18, 2019

Max O. Cogburn Jr
United States District Judge